# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

_____Richmond_____ Division

**In re** Nyesha Lashelle Dodson
Tiffany Ranee Dodson

Case No. 22-31938-KLP

Debtor(s)

Chapter 13

## ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE; AND HEARING THEREON

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements. Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to _____8/16/2022_____.

3. **the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to 8/11/2022_____ for filing all lists, schedules and statements.

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must file a response no later than _____8/17/2022_____ and appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Date*: 8/24/2022
*Time*: 9:30 AM
*Location*: U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5100, Richmond, VA 23219

**If the debtor(s) fails to file a timely response and appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time.**

WILLIAM C. REDDEN
Clerk of Court

Date: August 2, 2022

By /s/ Linda Smith
        Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
August 2, 2022

[oex13ps ver. 12/19]